# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DINESH SAH | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1587-S-BT |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August 26, 2022.

_____
**UNITED STATES DISTRICT JUDGE**